# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ALIKA M. SMITH                                                        PLAINTIFF

v.                                      No. 4:21-cv-01068-JM

ARKANSAS FEDERAL CREDIT UNION                              DEFENDANT

## **ORDER**

On December 7, 2023, the Court declared a mistrial in this matter following a report by the jury that they were hopelessly deadlocked. Counsel subsequently requested permission to speak with the jurors. Pursuant to Local Rule 47.1 of the Eastern District of Arkansas, the request is GRANTED.

IT IS THEREFORE ORDERED that the Jury Administrator is directed to send a letter of inquiry to each of the jurors sitting on this case to determine if they wish to be contacted. The names and telephone numbers of those who have indicated they have no objection to being contacted will be provided to attorneys for both parties as soon as the responses have been received.

The attorneys may contact the jurors whose names and phone numbers are provided in this matter but no others.

IT IS SO ORDERED this 13th day of December 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE